UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| CRAIG HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:12CV 135 LMB |
| | ) | |
| DANNY DODSON, et al, | ) | |
| | ) | |
| Defendant(s). | ) | |

## MEMORANDUM

As stated in the Request for Status Report, "Before the court can order the plaintiff to respond to interrogatories and motion to produce, the court would need to see a copy of Defendant Dodson's interrogatories and motion to produce."

Defendant Dodson should file with the Clerk a copy of the interrogatories and motion to produce previously submitted to the plaintiff.

_____
LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of March, 2013.